UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDMUND SINGLETON et al. | Case No. 24 CR 503<br><br>District Judge Matthew F. Kennelly |

### PETITION FOR *WRIT* OF *HABEAS CORPUS AD PROSEQUENDUM*

Now comes the UNITED STATES OF AMERICA by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

> Name: RAMONE BRADLEY
> Date of Birth: \*\*/\*\*/1998
> Sex: Male
> Race: African American
> Jail/Prisoner #: 20240904108

is incarcerated in the following institution:

Cook County Department of Corrections, Chicago, Illinois.

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with Violations: Title 18, United States Code, Sections 371, 924(c)(1)(A), and 2119, and is now wanted in such division and district at **11:15 a.m. on November 5, 2024**, at the U.S. Marshals Service Lock-Up, 24th floor, Dirksen Federal Courthouse, 219 S. Dearborn Street, Illinois, 60604, to appear at 01:15 p.m. for an arraignment before District Judge Matthew F. Kennelly in the courtroom usually occupied by said judge.

WHEREFORE, your petitioner prays for an Order directing the issuance of a *Writ* of *Habeas Corpus Ad Prosequendum* in this matter directed to the following person:

Thomas J. Dart
Sheriff
Cook County Department of Corrections
2700 South California Ave.
Chicago, Illinois 60608

commanding them to produce the body of the said prisoner before this Court at said time and on said date, in the United States Courthouse in Chicago, Illinois, and that when the said prisoner shall be so produced pursuant to said *Writ*, and that when the proceedings in this case have been concluded, that RAMONE BRADLEY be returned forthwith to said institution from which he was brought.

        Respectfully submitted,

        MORRIS PASQUAL
        Acting United States Attorney

By:    /s/ *Margaret Steindorf*
       MARGARET STEINDORF
       Assistant United States Attorney
       219 S. Dearborn St., Rm. 500
       Chicago, IL 60604
       (312) 353-3540