AO 106 (REV 4/10) Affidavit for Search Warrant    AUSA Margaret A. Steindorf, (312) 353-3540

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Matter of the Search of:        Case Number: 24 CR 503

RAMONE A. BRADLEY                      Judge Matthew F. Kennelly

## APPLICATION AND AFFIDAVIT FOR A SEARCH WARRANT

I, Karl Fredriksen, a Special Agent of the Federal Bureau of Investigation, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person:

**RAMONE A. BRADLEY**

(a black male, approximately 5 feet 10 inches tall, weighing approximately 280 pounds, born on or about June 12, 1998)

located in the Northern District of Illinois, there is now concealed:

**BUCCAL SWAB**

The basis for the search under Fed. R. Crim. P. 41(c) is evidence.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Sections 2119, 371 | Carjacking and conspiracy to commit carjacking |

The application is based on these facts:

**See Attached Affidavit**,

Continued on the attached sheet.

_Applicant's Signature_

KARL FREDRIKSEN, Special Agent
Federal Bureau of Investigation
_Printed name and title_

Pursuant to Fed. R. Crim. P. 4.1, this Application is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the statements in the Application and Affidavit by telephone.

Date: January 24, 2025

_Judge's signature_

City and State: Chicago, Illinois        Matthew F. Kennelly, U.S. District Judge
_Printed name and title_

UNITED STATES DISTRICT COURT )
)
NORTHERN DISTRICT OF ILLINOIS )

# AFFIDAVIT

I, Karl Fredriksen, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been for over two years. I was previously employed as a Police Officer with the Richland Center Police Department for approximately six years, and as part of my duties, I have drafted and served numerous search warrants. My current responsibilities include the investigation of violent crime, narcotics trafficking, and criminal enterprises.

2. This affidavit is made in support of an application for a search warrant for samples of DNA contained within cheek cells/saliva (buccal swab) of RAMONE A. BRADLEY.

3. The statements in this affidavit are based on my personal knowledge, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts. Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are sufficient to obtain a search warrant for samples from RAMONE A. BRADLEY to submit for DNA testing.

I.     FACTS SUPPORTING PROBABLE CAUSE TO SEARCH RAMONE A. BRADLEY

      A.     **Background Information**

4. The person to be searched is RAMONE A. BRADLEY, a black male, approximately 5 feet, 10 inches in height, weighing approximately 280 pounds, born on or about June 12, 1998.

5. BRADLEY is currently under indictment in the Northern District of Illinois and is incarcerated at the Metropolitan Correctional Center in Chicago, Illinois.

6. As explained below, as part of the ongoing investigation, law enforcement is examining physical evidence related to the underlying charges in this case, namely the carjacking and attempted carjacking as charged in United States v. Davis, et al., 24 CR 503.

7. Specifically, on or about November 3, 2022, Chicago Police Department (CPD) officers responded to a report of an armed carjacking, and a report of an attempted carjacking, committed by offenders in a silver Jeep SUV. The SUV was later observed by law enforcement and tracked by a law enforcement helicopter. The helicopter followed the silver Jeep SUV until it stopped under an underpass near 9425 South Woodlawn Avenue. Three individuals ran out from under the underpass and were apprehended by CPD officers. Three firearms were recovered from the area of their arrests and the silver Jeep SUV was found abandoned under the underpass. As explained below, a buccal swab is needed from BRADLEY so that testing may be done on the firearms and other evidence recovered and compared to the specimen provided

by BRADLEY. A buccal swab is a sterile cotton swab, which is used to collect cheek cells and/or saliva.

### B. Indictment of BRADLEY

8. On or about October 24, 2024, a federal grand jury returned an indictment charging BRADLEY with one count of conspiracy to commit carjacking, in violation of 18 U.S.C. § 371 (Count One); and carjacking, in violation of 18 U.S.C. § 2119 (Count Four). 24 CR 503, Dkt. 1.

9. The indictment arises out of the following events:

    a. According to Chicago Police Department (CPD) reports, on or about November 3, 2022, at approximately 7:15 P.M., CPD officers interviewed Victim A after Victim A was carjacked. Victim A told officers that he was pumping gas into his black 2015 Infinity Q50 with Illinois registration BF57200 at a gas station located at on the 10000 block of South Michigan Avenue in Chicago when two masked black males approached his car. One of the offenders (Offender 1) came up behind Victim A, put a gun to his back, and said "where are the keys?". Victim A gave Offender 1 the keys and ran into the gas station.

    b. Gas station security camera footage captured the incident. According to the video footage, Victim A was pumping gas into his black Infiniti at the gas station. A silver Jeep SUV, with damage to the front passenger door, drove past the gas station and pulled over on the side of the road. The Jeep performed a U-turn and pulled up next to the Infiniti. Offender 1 and Offender 2 exited the silver Jeep SUV and approached Victim A. Offender 1 was wearing a black hoodie, black pants, mask, distinctive gray shoes, and was armed with what appeared to be a multi-

3

colored tan/black handgun. Offender 2 was wearing a black hoodie, black vest, white shoes, black pants with a white smiley face logo, and was armed with what appeared to be a black handgun. Another individual was in the front passenger seat of the Jeep with a blue surgical mask. Offender 1 pointed the multi-colored handgun at Victim A and knocked him to the ground. Offender 2 entered the front driver's seat of the Infiniti. Offender 1 went through Victim A's pockets and entered the front passenger seat of the Infinity. The Infiniti and the silver Jeep SUV left the gas station, in tandem, driving northbound on South Michigan Avenue.

      c.     According to CPD reports, on November 3, 2022, officers interviewed Victim B regarding an attempted carjacking and robbery that had occurred on the same day at approximately 9:30 p.m. Victim B told officers that he was pumping gas into his 2022 BMW X6 at a gas station located in the 3100 block of South Michigan Avenue in Chicago when a gray vehicle parked behind his vehicle and two black males exited the gray vehicle. One of the offenders exited the vehicle and pointed a handgun at him and grabbed his car keys. Victim B fell to the ground and one of the offenders went through his pockets, taking his wallet. Victim B observed the offenders enter his vehicle, but they were not able to operate the controls. Victim B explained to officers that he was diagnosed with polio as a young child and uses custom hand controls to operate his vehicle. The offenders exited his vehicle, threw his keys to the ground, and fled in the gray vehicle in an unknown direction.

d. Gas station security camera footage captured the incident. According to the video surveillance, Victim B was pumping gas into his black BMW at the gas station. A silver jeep SUV, with damage to the front passenger's side door, pulled up next to the BMW and two offenders exited the Jeep. Offender 1 exited the rear driver's side of the Jeep. Offender 1 was wearing a black hoodie, black pants, mask, distinctive gray shoes, and was armed with what appeared to be a multi-colored tan/black handgun, which was similar in appearance to the firearm used by Offender 1 in the first carjacking. The second offender (Offender 3) was wearing a black hoodie with white writing on the front and back, gray jeans, a blue surgical mask, white shoes, and was armed with what appeared to be a black handgun. Offender 3 exited the rear passenger's side of the Jeep and immediately pointed the handgun at the head of Victim B. Offender 3 fell to the ground as Offender 1 approached the victim. Offender 1 knocked Victim B to the ground and the two fell out of view of the camera. Offender 3 entered the front driver's seat of the BMW before Offender 1 entered the front passenger seat of the BMW. Offender 1 was armed with what appeared to be a firearm in his right hand and keys in his left. The two spent several seconds in the car before they exited and ran back to the silver Jeep. Offender 1 dropped the keys as he exited the BMW. The offenders re-entered the silver Jeep and the silver Jeep fled eastbound on East 31st Street.

e. According to CPD reports, at approximately 10:30 p.m., an hour after the attempted carjacking of Victim B, the silver Jeep SUV was observed by law enforcement traveling southbound on South Aberdeen Street near West 83rd Street

5

and tracked by law enforcement helicopter. The helicopter followed the silver Jeep SUV until it stopped under an underpass near 9425 South Woodlawn Avenue.

  f. Based on my review of helicopter video, three individuals ran out from under the underpass into a residential area. According to CPD reports, body worn camera footage, and helicopter video, all three individuals were apprehended by law enforcement within approximately three minutes. One of the individuals verbally identified himself as BRADLEY. The silver Jeep, with damage to the front, was found abandoned under the underpass.

  g. According to CPD body worn camera footage, BRADLEY was apprehended with clothing consistent with the clothes worn by Offender 3.

  h. According to arrest reports, CPD searched the area of the individuals' flight paths and located three firearms: one loaded black Glock Model 30, .45 caliber semiautomatic pistol consistent with the firearm brandished by Offender 3, one loaded black Glock Model 19, 9mm pistol equipped with an extended magazine and a machinegun conversion device, and one loaded tan and black snakeskin patterned Lone Wolf R&D, 9mm semiautomatic pistol consistent with the firearm brandished by Offender 1.

  i. According to CPD reports, shortly after BRADLEY's arrest, law enforcement also swabbed the silver Jeep for trace evidence. Also, according to a CPD

report, on November 8, 2022, law enforcement swabbed Victim B's BMW X6 for trace evidence.[1]

10. Based on my training and experience, and the training and experience of other law enforcement officers, I believe that there is probable cause to conclude that a buccal swab obtained from the person of BRADLEY will provide evidence of his contact with one or more of the following items: the firearms recovered on November 3, 2022; the silver Jeep; and Victim B's BMW X6.

## II. CONCLUSION

11. Based on the above information, I respectfully submit that there is probable cause to believe that the offenses conspiracy to commit carjacking, in violation of 18 U.S.C. § 371, and carjacking, in violation of 18 U.S.C. § 2119 have been committed, and that a buccal swab sample recovered from the person of RAMONE A. BRADLEY will provide evidence concerning those violations. I therefore respectfully request that this Court issue a search warrant for a buccal swab sample recovered from the person of RAMONE A. BRADLEY.

---

[1] Victim B reported to CPD that he had driven the vehicle and had at least one passenger since the attempted carjacking on November 3, 2022.

7

FURTHER AFFIANT SAYETH NOT.

Karl Fredriksen
Special Agent
Federal Bureau of Investigation

Sworn to and affirmed by telephone January 24, 2025.

Honorable Matthew F. Kennelly
United States District Judge