UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAMONE BRADLEY and<br>EDMUND SINGLETON | Case No. 24 CR 503<br><br>Judge Matthew F. Kennelly |

**GOVERNMENT'S STATEMENT OF THE CASE**

The UNITED STATES OF AMERICA, by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, hereby submit the following Pretrial Statement.

**I.     Proposed Statement of the Case**

This is a criminal case. The United States is represented in this matter by Assistant United States Attorneys Elie Zenner and Simar Khera. Assisting in the presentation of this case is Special Agent Karl Fredriksen from the Federal Bureau of Investigation.

Defendant Ramone Bradley is represented by Steven Greenberg.

Defendant Edmund Singleton is represented by Gabrielle R. Sansonetti and Michael I. Leonard.

The indictment in this case charges defendants with several counts. Count One alleges that Ramone Bradley and Edmund Singleton conspired with Marquell Davis to commit carjackings. Count Two alleges that Edmund Singleton committed a carjacking. Count Three alleges that Edmund Singleton brandished a firearm during and in relation to a carjacking. Count Four alleges that Edmund Singleton and

Ramone Bradley attempted to commit a carjacking. Count Five alleges that Edmund Singleton possessed a firearm knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year.

The defendants have pleaded not guilty to the charges.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: /s/ *Elie Zenner*
ELIE ZENNER
SIMAR KHERA
Assistant United States Attorneys
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5300

Dated: July 7, 2025