UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAMONE BRADLEY and<br>EDMUND SINGLETON | No. 24 CR 503<br><br>Judge Matthew F. Kennelly |

# Exhibit E

# **AFFIDAVIT**

STATE OF MONTANA,

COUNTY OF GALLATIN.

1. My name is **Konstantinos Gus Dimitrelos**, I am over eighteen years of age and have personal knowledge of all facts and circumstances set forth herein.
2. I have reviewed evidence and records in the USA v EDMUND SINGLETON Matter
3. I am a retired US Secret Service agent and began cyber forensics in 1996 getting certified by the Royal Canadian Mounted Police and US Treasury CIS2000 program.
4. I am certified in International, US Federal and US State Courts as a Digital Evidence Forensic Expert.
5. I have been contracted since 2007 by the US Department of Justice-US Attorney's Office (DOJ-USAO) to conduct cyber investigations and cyber and cellular forensics and collect, examine, investigate and testify in cyber and cellular cases for all federal agencies and more than 40 state and local police departments.
6. I have conducted thousands of forensics exams, trained over 2,000 law enforcement personnel and have testified more than 80 times in state, federal and international courts.
7. I currently conduct forensics examinations for both the defense and prosecution as well as private clients.
8. I am also certified in US Federal and US State Courts as an Expert in Cellular Historical Data Reconstruction (Cellular Triangulation) which is the analysis of Call detail Records.
9. I have performed thousands of Call Detail Records Examinations from all major providers including TMobile, Verizon, AT&T, Sprint and others.
10. I conduct network-based forensics and data breach investigations in various environments including Linux, Windows and macOS environments.
11. I am a Certified Ethical Hacker and perform penetration testing and vulnerability assessments on Government Infrastructure networks and small to medium corporate networks.

12. I am an instructor for the Regional Counterdrug Training Academy teaching the course I wrote titled Cellular Triangulation and Mobile Device Forensics for Law Enforcement which focuses on Call Detail Records analysis for all major providers and mobile device forensics on Android and iOS devices.

13. I am a US Department of State contracted lead instructor, course developer and cyber program coordinator for the Global Cyber Anti-Terrorism Assistance program (GATA).

14. I perform cyber investigations, mobile device forensics and/or cellular triangulation services for corporations including Toyota Tsusho of America, DHL, State Farm and Allstate.

15. I have attached my current Curriculum Vitae to this Affidavit report.

16. If called upon as a witness or rebuttal expert, I could and would competently testify to the following facts:

    a. I was contracted by Gabrielle R. Sansonetti through the Criminal Justice Act CJA.

    b. I was requested to identify images of vehicles on Mr Edmund Singleton's mobile device(s).

    c. I was requested to review the geolocation evidence related to the mobile device(s) owned and used by Mr. Edmund Singleton.

    d. Utilizing Government exhibits 601Z_994 Singleton Locations.xlsx, 603Z_996 Singleton Locations.xlsx and 605Z_997 Davis Locations. xlsx I was requested to review location data for a specific period.

    e. Using Google Earth Pro and the exhibits provided by the Government I was able to map locations related to Mr. Singleton's mobile device(s) as well as Mr Davis' mobile device.

    f. Specifically, I was requested to identify location data on November 3, 2022 between 9:37:00 PM to 10:00:00 PM.

17. If requested, I will present these findings:

    a. I located approximately, 2,917 vehicle images on Mr. Edmund Singleton's mobile device(s).

        i. I have attached a copy of the relative vehicle image report.

    b. During the hours of 9:37:00 PM through 10:00:00 PM on November 3, 2022 Mr. Singleton's mobile device(s) as well as Mr Davis' mobile device appear to be in

the vicinity of Washington Park and west of Washington Park to State Street.

FURTHER AFFIANT SAYETH NAUGHT.

Signed this the 22nd day of July, 2025.

_____

Konstantinos "Gus" Dimitrelos

CEO - Cyber Forensics, Inc

Retired - US Secret Service

www.CyberForensics.com