UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAMONE BRADLEY and<br>EDMUND SINGLETON | No. 24 CR 503<br><br>Judge Matthew F. Kennelly |

# Exhibit H






Case: 1:24-cr-00503 Document #: 150-8 Filed: 07/23/25 Page 4 of 6 PageID #:1286



