Dear Judge

I'm writing this letter on behave of my son Ramone Bradley. I have 6 kids total Ramone is the 5th child. Growing up Ramone was always a loving kind young man. He loved playing football and basketball so growing up I Ikept him enrolled in sports. He was always in some type of after school program. During the summer months I made sure him and his siblings was in summer camp and when they were old enough they all had summer jobs starts at the age of 13. When Ramone was in school he was the kid that all the teachers loved. He was always assisting the teacher when needed. This continued through out his high school years. When Ramone graduated from high school he worked from time to time. When he wasn't working he would help me by watching his niece and nephews while I was at work. He would get them from school and help with homework. Ramone has made some bad choices over the past and I'm sure he regrets them now. If given the chance I believe Ramone can change and become a responsible productive member of society. Ramone's not a bad person he just made some bad decisions and got involved with some really bad people.

Thank you,

His loving mother

Derenda Bradley

Dear Judge

My name is Paris Bradley, and I'm writing this letter on behalf of my younger brother Ramone Bradley. My mother is a single mother to six kids total. She raised us all by herself and always did the best she could to provide for us. Ramone is the second youngest out of the six.

Ramone was a good kid growing up. He played sports like football and basketball growing up. My mother kept us in summer camps every summer as well. Ramone and I are you extremely close and has been there for me no matter what. He has grown to be a loving man to his entire family. He is the family's protector. Ramone is very funny and always try to cheer me up when I'm down. Ramone just got mixed up with the wrong crowd and was influenced to make some bad decisions. He has realized this, and I know he regrets these decisions. He wants to prove that this behavior is outside of his true character, and if given the chance I know he will show everyone who he truly is.

He is a great brother and father and wants to be better for his daughter. Mistakes were made but he has learned from them. I'm sure if given a second chance he will not make the same decisions. He has learned and just wants to be a better person and set better examples for his daughter. I miss and need my brother he's not a bad person give him a chance to prove it to everyone.

Paris Bradley

Princess Knight-Adams
3550 s Rhodes ave apt 506
Chicago, Illinois, 60653
princessknight711@gmail.com
773-749-0197

Date: October 14, 2025

To The Honorable Judge,

My name is Princess Knight-Adams, and I am writing this letter on behalf of Mr. Ramone Bradley. I have known Ramone since our senior year of high school, and we have been together since May of 2020. Over the years, I have come to know him deeply—not just as my partner, but as a wonderful father, brother, uncle, and friend.

Ramone has played a major role in my life and in the lives of our children. He stepped up and helped me raise my son from a previous relationship as his own, and together we now share a beautiful one-year-old daughter. He has always been a protector and provider for our family. Ramone is respectful, responsible, and takes accountability for his actions. He carries himself as a gentleman and treats others with kindness and integrity.

Since Ramone has been incarcerated this past year, life has been extremely difficult for our family—not just for me, but especially for our children. Our daughter barely knows her father, and my son has been struggling emotionally without the man he sees as his dad. Before Ramone's incarceration, he was very involved in my son's life—helping him get ready for school every morning, playing sports together, practicing boxing, and teaching him what it means to be a young man. His absence has affected my son both at home and at school, and it's heartbreaking to watch.

Personally, this past year has been one of the hardest times of my life. Ramone and I have built a life together over the last five years. He's been my best friend and biggest support system. When I had nowhere to go and was homeless, Ramone took me in without hesitation. He has loved me through my lowest moments and always encouraged me to be the best version of myself. Without him, it has been extremely difficult to manage working and caring for our children on my own. I no longer have the same stability, emotional support, or reliable help with our kids that he provided daily.

I fully understand that Ramone must take responsibility and serve some form of

punishment for his actions. However, I respectfully ask that you grant him some grace and compassion in your judgment. Please allow him the opportunity to return home within a reasonable amount of time so that he can continue being the father, partner, and man he has always strived to be. His presence is deeply missed, and his family truly needs him back—not only for emotional support, but to help raise our children into strong, loving young adults.

Thank you for taking the time to read my letter and for considering my words. I truly believe that Ramone has learned from this experience and will continue to grow and make better choices for himself and our family.

Respectfully,
Princess Knight-Adams