

FILED
11/10/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
PJJ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

United States
    plaintiff

vs

Ramone Bradley
    defendant

NO. _____

24 CR 503

Judge Mathew F. Kennelly

NOTICE OF APPEAL

Coming before the Honorable District Court, the defendant Ramone Bradey, now gives Notice of Appeal of the Final Judgement in the captioned case.

*Ramone Bradley*

RAMONE Bradley

October 27, 2025

PROOF OF SERVICE

I, Ramone Bradley have deposited with the Legal Mail Clerk at MCC Chicago, A Federal Bureau of Prison Facility, a Notice of Appeal to the recipient list herein, on October 27, 2025. The Appeal of the Final Judgement was sent via; United States Postal Service, First Class Postage Prepaid.

I swear or affirm that under penal of purjury under United States Laws, that the Appeal has been sent to the recipients and as described above, (28 U.S.C. § 1746; 18 U.S.C. § 1621)

*Ramone Bradley*
Ramone Bradley

Recipients:
    United States Clerk of Court
    United States District Court
    219 S Dearborn
    Chicago, Il 60604

    United States Prosecutor
    219 S Dearborn
    Chicago, IL 60604

RAMONE BRADLEY 44075-511
METROPOLITAN CORRECTION CENTER
71 W. VAN BUREN
CHICAGO, IL 60605

LEGAL MAIL

UNITED STATES CLERK OF COURT
UNITED STATES DISTRICT COURT
219 S. DEARBORN
CHICAGO, IL 60604

LEGAL MAIL

RECEIVED
NOV 10 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**METROPOLITAN CORRECTIONAL CENTER**
71 W VAN BUREN ST, CHICAGO IL 606005

The enclosed letter was processed through special mailing procedures for forwarding to you.
This letter has neither been opened nor inspected.

## NOV 0 5 2025

If the sender raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the sender encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.



0/2025-19