

**FILED**
3/18/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JKS



March 2, 2026

Ramone Bradley
BOP Reg. No. 44075-511
FCI Ashland
P.O. Box 6001
Ashland, KY 41105-6001

Clerk of Courts
Northern District of Illinois
219 South Dearborn St.
Chicago, IL 60604

Re:   Case No. 1:24-cr-00503(2) (United States v. Bradley)

Dear Clerk of Courts,

I am an indigent federal inmate, and I was the defendant in the above-captioned case.

I am in the process of preparing a motion to file with the court to challenge my conviction and/or sentence.  In order to fully and adequately brief the court on all relevant issues, I require a copy of certain documents from my case.

Please forward to me, at your earliest convenience, a copy of (1) the transcript from my sentencing hearing, and (2) the docket sheet from my case.  Because I am an indigent federal inmate, I expect that there would be no cost associated with my receipt of these two documents.  However, if you require a specific form to forward those documents to me, please forward that form to me at your earliest convenience, and I will complete and return the form to you.

I need to file my motion no later than Monday, March 30, 2026. Accordingly, please ensure that I receive a copy of these two documents no later than Monday, March 23, 2026.

Thank you for your assistance in this matter.

Sincerely,

Ramone Bradley

Ramone Bradley
44075-511 FCI Ashland
Federal Correctional Institution
PO Box 6001
Ashland KY 41105

RECEIVED
MAR 18 2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

03/18/2026-9



⇔44075-511⇔
Clerk Of Courts
219 S Dearborn ST
Chicago, IL 60604
United States

60604-170299